AO 240 (EDLA. REV. 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

__GARY BREAUX__
Plaintiff

V.

__TIM MORGAN, WARDEN__
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: **16-1161**

**SECT. J MAG. 5**

I, __GARY BREAUX__, declare that I am the (check appropriate box)

{X} petitioner/plaintiff/movant    ☐ other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC§1915. I declare that I am unable to pay the costs of these proceedings and that I am entitled to relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   {X} Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   __W.N.C. P.O. BOX 1435, WINNFIELD, LA. 71483__

    Are you employed at the institution?   __NO__   Do you receive any payment from the institution? __NO__

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   [X] No

    a. If the answer is "Yes," state the amount of your take-home salary of wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   [X] No
    b. Rent payments, interest or dividends   ☐ Yes   [X] No
    c. Pensions, annuities or life insurance payments   ☐ Yes   [X] No
    d. Disability or workers compensation payments   ☐ Yes   [X] No
    e. Gifts or inheritances   ☐ Yes   [X] No
    f. Any other sources   ☐ Yes   [X] No

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc. No._____

what you expect you will continue to receive. NONE

4. Do you have any cash or checking or savings accounts?  ☐ Yes  [X] No

   If "Yes," state the total amount.  _____

5. Do you won any real estate, stocks, bonds, securities other financial instruments, automobiles or any other thing of value?  ☐ Yes  [X] No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N0NE

   | Name | Relationship | Amount Contributed for Support |
   |------|--------------|-------------------------------|
   |      |              |                               |

I declare under penalty of perjury that the above information is true and correct.

__1-29-16__    _____
Date           Signature of Applicant

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _____, has a present inmate account balance of $ _____ at the _____ institution. I further certify that the average monthly deposits for the preceding six months is  $ —0—

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

I further certify that the average monthly balance for the prior six months is  $ —0—

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

__1 Feb 2016__    _____
Date Certified    Authorized Officer of Institution

2

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that GARY BREAUX, inmate number 405953, the plaintiff herein, has the following sums of money on account to his credit at Winn Correctional Center, the institution where he is confined:

Prison Drawing Account: $ ___0___

Prison Savings Account $ ___0___

Cash $ ___0___

Bonds $ ___0___

I further certify that the average monthly deposits for the prior six months are: $ ___0___ .

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The averages from each of the six months are to be added together and the total is to be divided by six.)

I further certify that the average monthly balance for the prior six months is $ ___0___ .

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balances from each of the six months are to be added together and the total is to be divided by six.)

1 Feb 2016
Date Certified

Signature of Authorized
Officer of Institution

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____ DIVISION

405953
Inmate (DOC) Number

GARY BREAUX

(Plaintiff)

VERSUS

TIM MORGAN, WARDEN-WINN CORR. CENTER

(Defendants)

16-1161
SECT. J MAG. 5

TENDERED FOR FILING

FEB -5 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, GARY BREAUX, plaintiff in the above styled cause and, pursuant to the provisions of Title 18, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs, or security given therefore. In accordance with 28 U.S.C. § 1915(b)(1) and (2), the plaintiff shall be required to pay an initial partial filing fee and thereafter, prison officials shall be required to forward monthly payments from the plaintiff's inmate account until the entire filing fee is paid.

Date: 1-29-16

Signature

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

I, <u>GARY BREAUX</u>, declare that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty that I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?      YES ( ) NO ( X )

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment (hobby craft sales included)?

      YES ( )     NO ( X )

b. Rent payments, interest or dividends?      YES ( ) NO ( X )

c. Pensions, annuities or life insurance payments? YES ( ) NO (X)

   d. Gifts or inheritances?      YES ( ) NO ( X )

   e. Any other sources?      YES ( ) NO ( X )

2

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

3. Do you own any cash, or do you have money and/or bonds in a checking or savings account? (Include any funds in prison accounts.)    YES ( )   NO ( X ).  If the answer is <u>YES</u>, state the total value of the items owned.

   Prison Drawing Account $_____.

   Prison Saving Account $_____.

   Cash $_____.

   Bonds $ _NONE_____.

   Other (Specify) _____.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)?    YES ( )   NO ( X )

   If the answer is yes, describe the property and state its approximate value.

   _____
   _____

5.   List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____NONE_____
   _____
   _____

   I declare under penalty of perjury that the foregoing is true and correct.

   I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

   _1-29-16_____                    _[signature]_____
         Date                           Signature of Plaintiff

3